**GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BRUCE, JAYME BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce, and JESSICA BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce,<br><br>       Plaintiffs,<br><br>vs.<br><br>CLARK EQUIPMENT COMPANY, BOBCAT COMPANY, MELROE COMPANY, INGERSOLL-RAND COMPANY, and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 2:05-CV-01766-WBS-KJM<br><br>**ORDER RE: CONTINUANCE OF TRIAL AND RELATED DATES** |

The Court has reviewed the Stipulation of the parties to continue the trial date presently set for June 26, 2007, and to reset related dates. The Court finds that good cause exists for the request to continue the trial date;

THEREFORE, the trial date presently set for June 26, 2007 is vacated, the Pre-Trial Conference date of April 9, 2007 is vacated, the date for expert disclosure is vacated, and the case is set for a **Trial Setting Conference** on **October 23, 2006 at 9:00 a.m.** in Courtroom No. 5 of the above entitled Court. ~~The parties may appear by~~

**PROPOSED ORDER REGARDING CONTINUANCE OF TRIAL AND RELATED DATES   1**

1 ~~telephone for the Trial Setting Conference.~~ At the Trial Setting
2 Conference the Court will also reschedule a Pre-Trial Conference date,
3 expert disclosure dates and discovery cut-off dates pursuant to the
4 stipulation of the parties.
5 DATED: October 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE