1 **GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
2 BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
3 Redding, CA 96001
(530) 245-1877
4 (530) 245-1879 (fax)

6 Attorneys for Plaintiffs

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BRUCE, JAYME BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce, and JESSICA BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce,<br><br>   Plaintiffs,<br><br>vs.<br><br>CLARK EQUIPMENT COMPANY, BOBCAT COMPANY, MELROE COMPANY, INGERSOLL-RAND COMPANY, and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 2:05-CV-01766-WBS-KJM<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

   The parties hereto, by and through their respective attorneys of record, hereby stipulate as follows:

   Defendants Ingersoll-Rand Company and Clark Equipment Company have filed motions for summary judgment that are currently scheduled for February 20, 2007.  The Court's scheduling order was previously modified to change the trial date and discovery dates in this action. However, the Court did not change the law and motion cut-off date accordingly.  Consequently, plaintiff has not had sufficient opportunity to complete discovery in this matter.  Currently,

STIPULATION AND ORDER RE HEARING ON SUMMARY JUDGMENT MOTIONS        1

1  depositions necessary to properly oppose the motion are scheduled for
2  February 14, 2007.
3      The parties therefore agree that the hearing date for the motions
4  for summary judgment should be continued to allow plaintiffs the
5  opportunity to conduct these depositions.
6      THEREFORE, it is hereby stipulated by and between the parties
7  hereto that the hearing date of February 20, 2007, be continued, and
8  that the motions for summary judgment be heard on March 19, 2007, at
9  1:30 p.m. in Courtroom 5 before the Honorable William B. Shubb.
10 Oppositions and reply briefs shall be filed and served in accordance
11 with the requirements of the local rules of the Eastern District.
12 DATED:  1/26, 2007.              BRICKWOOD LAW OFFICE
13
14                                  /s/ MONIQUE GRANDAW
                                    MONIQUE GRANDAW
15                                  Attorney for Plaintiffs

16 DATED:  1/25, 2007.              DRYDEN, MARGOLES, SCHIMANECK &
                                    WERTZ
17
18                                  /s/ SUSAN FOE
                                    SUSAN FOE
19                                  SUSAN E. FOE
                                    Attorney for Defendant
20                                  INGERSOLL RAND COMPANY and CLARK
                                    EQUIPMENT COMPANY
21
22
23                              **ORDER**
24     The parties having stipulated thereto, and good cause existing,
25 it is hereby ordered that the hearing date of February 20, 2007, be
26 continued, and that the motions for summary judgment of defendants
27 Clark Equipment Company and Ingersoll Rand Company be heard on March
28 19, 2007, at 1:30 p.m. in Courtroom 5 before the undersigned.

1  Oppositions and reply briefs shall be filed and served in accordance
2  with the requirements of the local rules of the Eastern District.
3
4  DATED:   January 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE