UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BRUCE, JAYME BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce, and JESSICA BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLARK EQUIPMENT COMPANY, BOBCAT COMPANY, MELROE COMPANY, INGERSOLL-RAND COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:05-CV-01766-WBS-KJM<br><br>**ORDER DENYING MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER** |

The court has considered plaintiffs' request to modify the scheduling order, and defendants opposition thereto. Because plaintiffs have made insufficient showing of good cause pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that plaintiff's motion to modify the pretrial scheduling order be, and the same hereby is, DENIED.

DATED: May 7, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE