**GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for TINA BRUCE,
Guardian Ad Litem of Jessica Bruce

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BRUCE, JAYME BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce, and JESSICA BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CLARK EQUIPMENT COMPANY, BOBCAT COMPANY, MELROE COMPANY, INGERSOLL-RAND COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　Defendants.<br>_____/ | Case No. 2:05-CV-01766-WBS-KJM<br><br>**ORDER APPROVING COMPROMISE OF MINOR'S CLAIM** |

1.　Petitioner:

　　TINA BRUCE, has petitioned for Court approval of a proposed compromise of a disputed claim of a minor.

2.　Hearing:

　　Settlement Conference conducted on September 6, 2007 at 2:00 p.m. Department 3 before the Honorable Morrison C. England. This petition is submitted for approval without hearing following the Court conducted Settlement Conference.

**MINOR'S COMPROMISE**　　　　　　　　　　　　　　　　　　　　　　　　1

3.  Petitioner is the parent.
4.  Claimant JESSICA BRUCE is a minor.
5.  Defendant:
    Clark Equipment Company.  The claim or action to be compromised is asserted against Clark Equipment Company.
6.  THE COURT FINDS that all notices required by law have been given.
7.  The Court Orders
    a.  The petition is granted and the proposed compromise of claim or action or the proposed disposition of the proceeds of the judgment is approved.  The gross amount or value of the settlement or judgment in favor of claimant is $40,000.00 at age 25.
    b.  The payer shall disburse the proceeds of the settlement or judgment approved by this order in the following manner:
        1)  Payment of fees and expenses:  Fees and expenses shall be paid by one or more checks or drafts which are hereby authorized to be paid out of the proceeds of the settlement or judgment: Attorneys fees and costs in the amount of $20,000.000 payable to Brickwood Law Office, 1135 Pine Street, Suite 210, Redding, California 96001.
        2)  Balance: The balance of the settlement, $24,025.60, available for claimant after payment of all allowed fees and expenses shall be paid by check or draft

                for an annuity issued in favor of claimant Jessica Bruce which shall pay her the sum of $40,000.00 in a lump sum on her 25th birthday.

8.   Authorization to execute settlement documents:

    The petitioner is authorized to execute settlement documents as follows: The petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

Dated: September 25, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**MINOR'S COMPROMISE**                                                                 3