Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email: feschimaneck@drydenlaw.com
       sefoe@drydenlaw.com

Attorneys for Defendant
CLARK EQUIPMENT COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISON

| | |
|---|---|
| TINA BRUCE, JAYNE BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce, and JESSICA BRUCE, a minor, by and through her Guardian Ad Litem, Tina Bruce<br><br>Plaintiff,<br><br>v.<br><br>BOBCAT COMPANY, MELROE COMPANY, INGERSOLL-RAND COMPANY, WILDS HORTICULTURAL SERVICES, INC., SAMUEL WILDS, and Does 1 through 50, inclusive,<br><br>Defendants. | **USDC NO. 2:05-CV-01766-WBS-KJM**<br>(Shasta Superior Court No. 153447)<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Judge: The Honorable William B. Shubb<br><br>Courtroom: 5 |

Based on the stipulation of the parties to dismiss the entire action herein,

IT IS HEREBY ORDERED AS FOLLOWS:

The case filed on behalf of Plaintiffs Tina Bruce, Jayne Bruce, a minor, by and through her Guardian Ad Litem, Tina Bruce, and Jessica Bruce, a minor, by and through her Guardian Ad Litem, Tina Bruce is hereby dismissed as to all named defendants and all Doe defendants, with prejudice.

///

///

///

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

[PROPOSED] ORDER DISMISSING ENTIRE ACTION
*Bruce vs. Bobcat, et al.*
USDC NO. 2:05-CV-01766-WBS-KJM

1  IT IS SO ORDERED.

2  DATED: October 30, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**DRYDEN,
MARGOLES,
SCHIMANECK
 & WERTZ**
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

[PROPOSED] ORDER DISMISSING ENTIRE ACTION

*Bruce vs. Bobcat, et al.*
USDC NO. 2:05-CV-01766-WBS-KJM